**FILED**
June 09, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____TB_____
　　　　　　DEPUTY

**U.S. Department of Justice**
*United States Attorney*

---

**United States District Court**
Western District of Texas

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Cause No.　**DR-21-CR-00900-AM** |
| | § § | |
| RANDY CRIOYOS (12) | § § | |

## ORDER FOR BENCH WARRANT

It appearing to the Court than an indictment has been returned against the below named defendant, it is hereby ORDERED that a warrant be issued for the arrest of said defendant, returnable instanter to the Del Rio Division of this Court.

| Defendant | Recommended Amount of Bail |
|---|---|
| RANDY CRIOYOS (12) | DETAINED WITHOUT BOND |

*Bond to be set at time defendant(s) has initial appearance before a judicial officer and after interview by an officer assigned to the Pretrial Services Office, provided if defendant is arrested outside the Del Rio Division of the Western District of Texas, it is recommended that defendant be detained.

ENTERED at Del Rio, Texas, this __9th__ day of __June__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE