**FILED**
APR 25 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CAUSE NO.: DR: 21-CR-900-AM-(12) |
| | § | **SUPERSEDING INFORMATION** |
| v. | § § | [VIO: COUNT ONE: 21 U.S.C. § 841(a)(1) and 846, Conspiracy to Possess With Intent to Distribute Cocaine] |
| RANDY CRIOYOS (12) | § § § § | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 841(a)(1) and 846]

Beginning on or about March 1, 2019, and continuing to on or about June 1, 2021, in the Western District of Texas, Defendant,

RANDY CRIOYOS (12),

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed with others known and unknown, to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B) and 846.

ASHLEY C. HOFF
United States Attorney

By: _____
HOLLY PAVLINSKI
Assistant United States Attorney