UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Cause No. DR-21-CR-0900 (12)AM |
| RANDY CRIOYOS | § § | |

## DEFENDANT'S MOTION FOR CONTINUANCE

TO THE HONORABLE CHIEF U.S. DISTRICT JUDGE OF SAID COURT:

Now comes, Defendant, Randy Crioyos, in the above styled and numbered cause, and requests for the Court to continue Sentencing Hearing in this case set for Monday, July 15, 2024, at 3:20 p.m. at the United States District Courthouse in Del Rio, Texas, and would show the Court the following:

**I.**

Defendant is requesting a continuance of the sentencing hearing on July 15, 2024 at 3:20 p.m.. Defendant's Counsel is scheduled to be on vacation out of state from July 4, 2024 through July 20, 2024.

Defendant's Counsel conferred with Assistant U.S. Attorney Holly Diane Pavlinski regarding this motion on June 17, 2024 and she does not oppose.

This motion is made in good faith and not to delay the instant cause.

**II.**

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court to grant this motion for continuance of this case for sentencing hearing until further order of this Court in the interest of justice.

Respectfully submitted,

**LAW OFFICE OF RICARDO E. CALDERON**
**438 N. MONROE STREET**
**P.O. DRAWER 2160**
**EAGLE PASS, TEXAS 78853-2160**
**TEL: (830) 757-2700**
**FAX: (830) 757-2703**

By: _____/S/_____
    **RICARDO E. CALDERON**
    SBN 03614700
    **Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant's Motion for Continuance was forwarded to Assistant U.S. Attorney Holly Diane Pavlinski at the U.S. Attorney's office via facsimile (830) 703-2030 or e-mail on June 17, 2024.

_____/S/_____
**RICARDO E. CALDERON**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | Cause No. DR-21-CR-0900 (12)AM |
| **RANDY CRIOYOS** | § § | |

## ORDER

On this the _____ day of June, 2024, came on to be heard Defendant's Motion for Continuance of the Sentencing Hearing of July 15, 2024, and it is ordered that this motion is:

(GRANTED)          (DENIED)

and is reset to _____, _____, 2024 at _____ __.m.

SIGNED this _____ day of June, 2024.

_____
**CHIEF U.S. DISTRICT JUDGE ALIA MOSES**